UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALEXIS MASCHMEIER, et al., <br>     Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendant. | Case No. 22-cv-05425-RMI <br><br> **ORDER GRANTING PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT** <br><br> Re: Dkt. No. 17 |

On April 3, 2023, Defendant filed a Motion to Dismiss for Lack of Jurisdiction (dkt. 17). Plaintiffs responded (dkt. 18), Defendant replied (dkt. 24), and a hearing was held on May 9, 2023. For the reasons discussed during the hearing, and for good cause shown, Plaintiffs are **GRANTED** leave to file an amended complaint. Plaintiffs have thirty (30) days to file an amended complaint, and Defendant has forty-five (45) days to respond accordingly. Additionally, Plaintiffs' request for further discovery (dkt. 18) is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 9, 2023

ROBERT M. ILLMAN <br>
United States Magistrate Judge